**Thomas V. Dulcich, OSB #802105**
Email tdulcich @schwabe.com
**Andrew J. Lee, OSB #023646**
Email ajlee@schwabe.com
**Rebecca A. Lindemann, OSB #074801**
Email rlindemann@schwabe.com
Schwabe, Williamson & Wyatt, P.C.
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone 503.222.9981
Fax 503.796.2900

Of Attorneys for Defendant Boy Scouts of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| T.R., an individual proceeding under a fictitious name; A.C., an individual proceeding under a fictitious name; M.D., an individual proceeding under a fictitious name; H.G., an individual proceeding under a fictitious name,<br><br>Plaintiff,<br><br>v.<br><br>THE BOY SCOUTS OF AMERICA, a congressionally chartered corporation, authorized to do business in Oregon; and CASCADE PACIFIC COUNCIL, BOY SCOUTS OF AMERICA, an Oregon non-profit corporation,<br><br>Defendants. | No. _____<br><br>BOY SCOUTS OF AMERICA'S NOTICE OF REMOVAL ACTION UNDER 28 USC §§ 1332, 1441, AND 1446 (DIVERSITY OF CITIZENSHIP) |

Page 1 -   BOY SCOUTS OF AMERICA'S NOTICE OF REMOVAL ACTION UNDER 28 USC §§ 1332, 1441, AND 1446 (DIVERSITY OF CITIZENSHIP)

PDX/119817/163825/RLI/9441978.1

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
360 SW Bond Street, Suite 400
Bend, OR 97702
Telephone (541) 749-4044

TO: CLERK OF THE ABOVE-ENTITLED COURT

Defendant Boy Scouts of America, through undersigned counsel, hereby removes the above-captioned action from the Circuit Court of the State of Oregon, County of Multnomah to the United States District Court for the District of Oregon, Portland Division, pursuant to 28 U.S.C. § 1332, 1441 and 1446 and respectfully files this Notice of Removal and states:

1. As more fully set forth below, this case is properly removed to this Court pursuant to 28 U.S.C. §§ 1441 and 1446 because Boy Scouts of America has satisfied the procedural requirements for removal, and this Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1332.

## All Procedural Requirements Have Been Met

2. The above-entitled was commenced in the Circuit Court of the State of Oregon for the County of Multnomah on or about May 9, 2012, bearing case number 1205-05857. Pursuant to 28 U.S.C. § 1446(a), Boy Scouts of America attaches hereto copies of all pleadings, process and orders filed in this case as Exhibit A.

3. No defendant has yet been served in this action. All defendants named in the state court action consent to removal of this action to this Court, see attached Exhibit B. *See Proctor v. Vishay Intertechnology Inc.*, 584 F.3d 1208, 1225 (9th Cir. 2009).

4. Thirty (30) days have not yet expired since the action became removable to this Court.

5. The Circuit Court for the State of Oregon for the County of Multnomah is located within the District of Oregon, Portland Division. Therefore, venue is proper pursuant to 28 U.S.C. § 117 because this Court is the "district and division embracing the place where such action is pending." 28 U.S.C. § 1441(a).

6. No previous application has been made for the relief requested herein.

Page 2 -  BOY SCOUTS OF AMERICA'S NOTICE OF
REMOVAL ACTION UNDER 28 USC §§ 1332, 1441,
AND 1446 (DIVERSITY OF CITIZENSHIP)

PDX/119817/163825/RLI/9441978.1

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
360 SW Bond Street, Suite 400
Bend, OR 97702
Telephone (541) 749-4044

7. Pursuant to 28 U.S.C. 1446(d), a copy of this Notice of Removal is being served upon plaintiff and a copy is being filed with the Clerk of the Court for the Circuit Court of the State of Oregon for the County of Multnomah.

8. This notice is signed pursuant to Federal Rule of Civil Procedure 11.

9. Boy Scouts of America reserves the right to supplement or amend this Notice of Removal.

10. If any question arises as to the propriety of the removal of this action, Boy Scouts of America requests the opportunity to present a brief and request oral argument in support of removal.

### Removal is Proper as This Court Has Subject Matter Jurisdiction Pursuant to 28 U.S.C. §§ 1332 and 1441

11. This Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1332 because this is a civil action in which the amount in controversy exceeds the sum of $75,000, exclusive of costs and interest, and because there is complete diversity of citizenship between plaintiffs and Boy Scouts of America.

### There is Complete Diversity of Citizenship between the Parties.

12. Upon information and belief, at the time plaintiff T.R. commenced this action, and at all times since, plaintiff T.R. was and is a resident and citizen of the State of Washington.

13. Upon information and belief, at the time plaintiff A.C. commenced this action, and at all times since, plaintiff A.C. was and is a resident and citizen of the State of Washington.

14. Upon information and belief, at the time plaintiff M.D. commenced this action, and at all times since, plaintiff M.D. was and is a resident and citizen of the State of Washington.

15. Upon information and belief, at the time plaintiff H.G. commenced this action, and at all times since, plaintiff H.G. was and is a resident and citizen of the State of Oregon.

16. Boy Scouts of America at the time of filing of this action and presently, is a Congressionally chartered organization with its principal place of business in Texas.

Page 3 -   BOY SCOUTS OF AMERICA'S NOTICE OF REMOVAL ACTION UNDER 28 USC §§ 1332, 1441, AND 1446 (DIVERSITY OF CITIZENSHIP)

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
360 SW Bond Street, Suite 400
Bend, OR 97702
Telephone (541) 749-4044

PDX/119817/163825/RLI/9441978.1

17.   Cascade Pacific Council, Boy Scouts of America at the time of filing of this action and presently, is an Oregon non-profit corporation.

18.   Accordingly, this action involves "citizens of different states." 28 U.S.C. § 1332(a)(1). Plaintiffs are citizens of Washington and Oregon and Defendant Boy Scouts of America is a citizen of states other than Oregon. Boy Scouts of America is effecting this removal prior to the service of any defendant. Therefore, removal of this action is proper under 28 U.S.C. § 1441(b). *See, e.g. Tanner v. Bayer Corp.*, 2009 U.S. Dist. LEXIS 130340 (finding that the so-called "forum defendant rule" does not apply "if the removal is effected by an out-of-state defendant *before* any local defendant is served."); *Avandia Marketing Sales Practices and Product Liab. Litig.*, MDL No. 1873, No. 2009 U.S. Dist. LEXIS 15210 (E.D. Pa., Feb. 25, 2009) (denying remand where out-of-state defendant removed action before forum defendant had been served, because "[t]he application of the forum defendant rule is different when, in an action involving multiple defendants, an out-of-state defendant removes after it has been served, but prior to service upon any forum defendant. In that situation, the rational behind § 1441(b) and, to some extent, the protective purpose of diversity jurisdiction, are implicated, and removal by the forum defendant is proper.").

### The Amount-In-Controversy Requirement is Satisfied.

19.   It is apparent on the face of the first amended complaint that the amount in controversy exceeds $75,000, exclusive of interest and costs. Plaintiffs claim damages of $21,000,000.00. Based on these allegations, among others, it is apparent that the amount in controversy exceeds $75,000.

Page 4 -   BOY SCOUTS OF AMERICA'S NOTICE OF REMOVAL ACTION UNDER 28 USC §§ 1332, 1441, AND 1446 (DIVERSITY OF CITIZENSHIP)

PDX/119817/163825/RLI/9441978.1

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
360 SW Bond Street, Suite 400
Bend, OR 97702
Telephone (541) 749-4044

1 diversity of citizenship, and the amount in controversy is more than $75,000. File-stamped

2 copies of the removal papers are attached hereto as Exhibit 1.

3

4       Dated this 10th day of May, 2012.

5                                    SCHWABE, WILLIAMSON & WYATT, P.C.

6

7                                    By: _____
                                     Thomas V. Dulcich, OSB #802105
8                                    tdulcich@schwabe.com
                                     Andrew J. Lee, OSB #023646
9                                    ajlee@schwabe.com
                                     Rebecca A. Lindemann, OSB #074801
10                                   rlindemann@schwabe.com
                                     Facsimile: 503.796.2900
11                                   Of Attorneys for Defendant,
                                     Boy Scouts Of America

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

Page 2 -   NOTICE TO STATE COURT OF REMOVAL OF
           ACTION UNDER 28 USC §§ 1332, 1441, AND 1446
           (DIVERSITY OF CITIZENSHIP)

PDX/119817/163825/RLI/9441463.1

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone 503.222.9981  Fax 503.796.2900

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of May, 2012, I served the following NOTICE TO STATE COURT OF REMOVAL OF ACTION UNDER 28 USC §§ 1332, 1441, AND 1446 (DIVERSITY OF CITIZENSHIP) on the following parties by the method indicated below:

| Party | Method |
|---|---|
| Mr. Stephen F. Crew<br>Mr. Peter Janci<br>O'Donnell Clark & Crew LLP<br>Fremont Place II, Suite 302<br>1650 NW Naito Parkway<br>Portland, OR 97209<br>Telephone: (503) 306-0224<br>Facsimile: (503) 306-0257<br>Email: stevec@oandc.com<br>        peterj@oandc.com<br><br>*Of Attorneys for Plaintiffs* | ☒ Hand Delivery<br>☐ Facsimile<br>☐ U.S. Mail<br>☐ Overnight Courier<br>☐ Email |
| Ms. Nicole M. Rhoades<br>Mr. Matthew R. Wiese<br>Davis Rothwell Earle & Xóchihua PC<br>U.S. Bancorp Tower, Suite 2700<br>111 SW Fifth Avenue<br>Portland, OR 97204-3650<br>Telephone: (503) 222-4422<br>Facsimile: (503) 222-4428<br>Email: nrhoades@davisrothwell.com<br>        mwiese@davisrothwell.com<br><br>*Of Attorneys for Defendant<br>Cascade Pacific Council,<br>Boy Scouts of America* | ☒ Hand Delivery<br>☐ Facsimile<br>☐ U.S. Mail<br>☐ Overnight Courier<br>☐ Email |

*(signature)*

Thomas V. Dulcich, OSB #802105

Page 1 - CERTIFICATE OF SERVICE

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone 503.222.9981 Fax 503.796.2900

PDX/119817/163825/RLI/9441978.1